**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF NINE STARLINK TERMINALS AND ASSOCIATED ACCOUNTS UNDER THE CONTROL OF SPACEX FOR VIOLATIONS OF 18 U.S.C. §§ 1349, 1956 | SZ No. 25-sz-48<br><br>**FILED UNDER SEAL** |

**NOTICE OF FILING**
**HIGHLY SENSITIVE DOCUMENTS FOR INVESTIGATION 2025R00982**

The United States of America, moving by and through its undersigned counsel, respectfully submits under seal this notice of filing of applications, orders, and related documents in case number 25-sz-48. On September 12, 2025, in Case Number 25-sc-1538, the United States Magistrate Judge signed an order designating, as Highly Sensitive Documents, all filings related to the Seizure Warrant, the Government's Motion to Seal Seizure Warrant and Related Documents, the Court's Order sealing such documents, Motion to Designate as Highly Sensitive Documents and the Court's resulting Order, and any supporting documents and docket entries in the above-captioned case (collectively, the "Seizure Warrant"). The September 12, 2025, Order authorized the United States to use the Highly Sensitive Document filing system for all applications and related filings in connection with the Seizure Warrant and directing the Clerk to treat all such filings as Highly Sensitive Documents. A copy of that Order is attached hereto. The filings in case number 25-sz-48 all pertain to the Seizure Warrant.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jolie Zimmerman
Jolie Zimmerman
Assistant United States Attorney
601 D Street N.W. Room #5.132

(1)

Washington, DC 20530
(202) 252-7220
jolie.zimmerman@usdoj.gov

2